IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

MARK ORAVETZ,

        Plaintiff,

  v.

STATE NAVADA TREASURY,

        Defendant.

Civ. No. 6:24-cv-00400-AA

**JUDGMENT**

AIKEN, District Judge.

    This case is DISMISSED without prejudice.

    It is so ORDERED and DATED this   23rd   day of April 2024.

                    /s/Ann Aiken
                    ANN AIKEN
                    United States District Judge